UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CHRISTINA HERRERA,<br><br>Plaintiff,<br><br>– against–<br><br>SYNCHRONY BANK AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 5:23-cv-343<br><br>Removed from the District Court of Bexar County, Texas<br>45th District Court<br>Cause No.: 2023CI03512 |

**NOTICE OF REMOVAL**

Defendant Synchrony Bank ("Synchrony"), by counsel, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby notices removal of the state-court civil action known as *Christina Herrera v. Synchrony Bank, et al.*, from the District Court of Bexar County, Texas, 45th District Court, to the United States District Court for the Western District of Texas, San Antonio Division, and in support thereof states as follows:

**PROCEDURAL HISTORY**

1. This action is being removed to federal court based on federal question jurisdiction.

2. On or about February 21, 2023, Plaintiff Christina Herrera ("Plaintiff") filed her Original Petition in the District Court of Bexar County, Texas, 45th District Court (the "State Court Action"). A true and correct copy of the Complaint is attached hereto as **Exhibit A**.

3. The Original Petition was served on Synchrony on March 13, 2023. A true and correct copy of the Citation served on Synchrony on March 13, 2023 is attached hereto as **Exhibit B**.

4. As set forth more fully below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because Synchrony has satisfied the procedural requirements for removal and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331.

## GROUNDS FOR REMOVAL

**I.   Synchrony Has Satisfied The Procedural Requirements For Removal.**

5. Synchrony was served with the Complaint on March 13, 2023. Therefore, under 28 U.S.C. § 1446(b), this Notice of Removal is timely as it was filed within the 30-day deadline.

6. Concurrently with the filing of this Notice of Removal, Synchrony is giving written notice of removal to Plaintiff (by serving Plaintiff with a copy of this Notice of Removal, together with all exhibits) and by filing a copy of this Notice of Removal with the Clerk of the State Court pursuant to 28 U.S.C. § 1446(d). A copy of the State Court Notice of Filing of Notice of Removal, without its exhibits, is attached hereto as **Exhibit C**.

7. At the time of this filing, Defendant Experian Information Solutions, Inc. has not been served.

**II.   Removal Is Proper Because This Court Has Subject Matter Jurisdiction.**

8. United States District Courts are vested with jurisdiction to consider cases or controversies "arising under" the laws of the United States of America. *See* 28 U.S.C. § 1331.

9. Removal of such cases is governed by 28 U.S.C. § 1441(a). Section 1441(a) provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." *See* 28 U.S.C. § 1441(a).

10. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, because this matter involves a federal question. Namely, Plaintiff's Original Petition asserts a

claim against Synchrony for alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. (the "FCRA"). *See* Original Petition at p. 1.

11. Plaintiff's Original Petition alleges violations of a federal statute—the FCRA—and consequently the claims "arise[] under" the laws of the United States. *See* 28 U.S.C. § 1331. Therefore, this Court may properly exercise jurisdiction over Plaintiff's claims.

12. Synchrony has not attempted to remove this case previously.

13. Given that the requirements for federal question are satisfied, this case is properly removed.

14. Venue lies with this Court because the State Court Action is pending in the District Court of Bexar County, Texas, 45th District Court, which is within the Western District of Texas. *See* 28 U.S.C. §§ 1441 and 1446(a).

Defendant Synchrony Bank, by counsel, respectfully removes this action from the District Court of Bexar County, Texas, 45th District Court to this Court pursuant to 28 U.S.C. §§ 1441 and 1446, and requests that this Court retain jurisdiction for all further proceedings in this matter.

Respectfully submitted,

REED SMITH LLP

*/s/ Cheryl L. Blount*
Cheryl L. Blount
State Bar No. 24076279
cblount@reedsmith.com
811 Main Street, Floor 17
Houston, Texas 77002
Telephone: (713) 469-3800
Facsimile: (713) 469-3899

**Attorney for Defendant Synchrony Bank**

**CERTIFICATE OF SERVICE**

I certify that on March 20, 2023, a true and correct copy of the foregoing was served in compliance with the Federal Rules of Civil Procedure on:

Thomas J. Bellinder
Law Offices of Robert S. Gitmeid & Associates, PLLC
180 Maiden Lane, 27th Floor
New York, NY 10038
Email: Thomas.B@gitmeidlaw.com

                                          */s/ Cheryl L. Blount*
                                          Cheryl L. Blount